ALICE A. DAVIS, Respondent, v. NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

CHARLES H. THOMAS, Respondent, v. NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

WILLIAM H. EDWARDS and Others, Respondents, v. THE PEOPLE OF THE STATE OF NEW YORK and EDWARD F. STEIN, as Administrator, etc., Appellants.— Motions for reargument denied. Motions for leave to appeal to Court of Appeals denied, with ten dollars costs. This appeal was decided at the May term, 1917 and the judgment of affirmance was entered June 6, 1917. The next term of this court thereafter was held July 2, 1917. The motions at the present term for leave to appeal to the Court of Appeals come too late, and are denied, also on the ground that in our opinion there is no question of law involved which ought to be reviewed by the Court of Appeals and an appeal to that court is not required in the interest of justice.

BUFFALO CAREY COMPANY, Respondent, v. ARVILLA E. C. DUNN, Appellant.— Motion to dismiss appeal granted, unless appellant shall be ready to argue appeal during first week of November term.

HAROLD A. PROPSTER, an Infant, by ROBERT PROPSTER, His Guardian ad Litem, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred.

In the Matter of the Probate of the Alleged Last Will and Testament of CATHERINE HUTCHINS, Deceased. LORETTA A. WELCH and Others, Appellants; FRANK DWYER, Respondent.— Order modified by striking therefrom the words "commencing October 1st, 1917," and by adding to the third interrogatory, after the words "undue influence," the words "fraud or deception," and as so modified the order is affirmed, without costs of this appeal to either party. All concurred.

FRANK WASHER, Respondent, v. EUNICE H. SHERWOOD, Appellant.— Judgment and order affirmed, with costs. All concurred, except Foote, J., who dissented.

WALLACE LACELL, Respondent, v. WILL C. HOUSE, Appellant.— Judgment and order affirmed, with costs. All concurred.

EARL C. GILLETTE, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Order denying motion for new trial upon the ground of newly-discovered evidence affirmed, with costs. Judgment and order denying motion for a new trial upon the minutes reversed, and new trial granted, with costs to appellant to abide event, upon the ground that the verdict is excessive. All concurred.

FRANK D. KRULL, Respondent, v. WILLIAM Y. WARREN, Appellant.— Judgment and order affirmed, with costs. All concurred.

RAYMOND M. NORTON, Appellant, v. BERNARD R. SHIELDS and ESTHER ABBEY, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion denied, upon the ground that the defendants' remedy is not by motion to dismiss for failure to prosecute. All concurred.